MINA HOAG, Respondent, v. HENRY LANDAU, Appellant.— Judgment and order reversed on the law and the facts, and new trial granted, with costs to the appellant to abide the event, on the ground there were prejudicial errors in the ruling of the court, and that the verdict as to malice and probable cause is against

* Affd., 255 N. Y. 615.

the weight of the evidence. Van Kirk, P. J., Hinman and Hill, JJ., concur; Davis and Whitmyer, JJ., dissent and vote for affirmance.